**ERIC GREEN #80115**
**Attorney at Law**
**The Rowell Building**
**2100 Tulare Street, Suite 512**
**Fresno, California 93721**
**Telephone (559) 237-0800**
**Facsimile (559) 237-1990**

Attorney for Defendant
**JOSE REFUGIO ALCANTAR-PENALOZA**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | No. 1:10-CR-00287 OWW |
| Plaintiff,                             ) | **STIPULATION AND ORDER TO SET** |
| vs.                                    ) | **CASE FOR STATUS HEARING** |
| DAVID GODINEZ, JOSE REFUGIO            ) | |
| ALCANTAR-PENALOZA, URIEL               ) | |
| CONTRERAS CORTES, et al                ) | |
| Defendant(s)                           ) | |

    Defendant, DAVID GODINEZ, by and through his attorney, ROBERT LYONS, defendant, JOSE REFUGIO ALCANTAR-PENALOZA, by and through his attorney, ERIC GREEN, defendant, URIEL CONTRERAS CORTES, by and through his attorney, Mark ARNOLD, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN SERVATIUS, Assistant United States Attorney, hereby enter into the following stipulation:

    1.    The parties to the above-captioned matter agree to place this matter on calendar for a status hearing to be heard on August 22, 2011, at the hour of 1:30 p.m., in department 3 of the United States District Court, before the Honorable Oliver W. Wanger, United States District Court Judge.

DATED: August 15, 2011                              Respectfully submitted,

                                                                 /s/      Robert Lyons  
                                                                 ROBERT LYONS,  
                                                                 Attorney for Defendant  
                                                                 DAVID GODINEZ

DATED: August 15, 2011

                                                                 /s/      Eric Green  
                                                                ERIC GREEN,  
                                                                Attorney for Defendant  
                                                                JOSE REFUGIO ALCANTAR-PENALOZA

DATED: August 16, 2011

                                                                 /s/      Mark Arnold  
                                                                MARK ARNOLD,  
                                                                Attorney for Defendant  
                                                                URIEL CONTRERAS CORTES

DATED: August 17, 2011                              /s/      Kathleen Servatius  
                                                                KATHLEEN SERVATIUS,  
                                                                Assistant United States Attorney

## ORDER

Having read and considered the foregoing stipulation, **IT IS THE ORDER** of the Court that the above-entitled matter is set for status hearing on August 22, 2011, at the hour of 1:30 p.m.

**IT IS SO ORDERED:**

DATED: August 17, 2011                              /s/ OLIVER W. WANGER  
                                                                ***UNITED STATES DISTRICT JUDGE***