ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
David Godinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:10-CR-00287 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| ) | |
| vs. ) | |
| ) | |
| DAVID GODINEZ, ) | |
| ) | |
| Defendant. ) | |

The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current sentencing hearing of Monday, December 9, 2013, at 10:00 a.m. be continued to Monday, January 13, 2014, at 10:00 a.m.  The reason for this continuance is that defense counsel is currently on vacation in Europe and will not return until November 22, 2013.  A continuance of the sentencing date is necessary to adjust the schedule for the filing of the presentence report and response deadline to the presentence report so that defense counsel may review the presentence report and timely file any necessary objections. United States Probation Officer Marlene DeOrian has been informed of this request and has no objections to the continuance and will follow the new schedule accordingly.  For the above reasons, the parties respectfully request a continuance of the sentencing hearing.

Date:  October 31, 2013

                                                            /s/Robert W. Lyons
                                                            Robert W. Lyons
                                                            Attorney for David Godinez

Date:  October 31, 3013

          /s/Kathy Servatius
Kathy Servatius
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   October 31, 2013            _____
                                         SENIOR  DISTRICT  JUDGE