ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
David Godinez

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAVID GODINEZ,<br><br>        Defendant. | Case No.: 1:10-CR-00287<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current sentencing hearing of Monday, February 24, 2014, at 1:30 p.m. be continued to Monday, April 14, 2014, at 1:30 p.m.  The reason for this continuance is that defense counsel is in the process of reaching an agreement with the U.S. Attorney that should change the sentencing in this case.  Defense counsel and the Assistant United States Attorney will be meeting on March 19.  The parties therefore respectfully request a continuance of the sentencing date to April 14 to allow for an agreement following the March 19 meeting.

Date:  February 21, 2014

           /s/Robert W. Lyons
Robert W. Lyons
Attorney for David Godinez

Date:  February 21, 2014

           /s/Kathy Servatius
Kathy Servatius
Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING HEARING - 1

IT IS SO ORDERED.

Dated:   February 21, 2014                    _____
                                              SENIOR DISTRICT JUDGE